# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE W. BOLLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EA HEALTH; and DOES 1 – 10, inclusive,<br><br>　　　　Defendants. | Case No. CV12-03895JC<br><br>*Assigned to The Hon. Jacqueline Chooljian*<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Having reviewed and considered the stipulation of dismissal jointly submitted by Plaintiff Christine W. Bolle and Defendant Emergency Associates Corporation, erroneously sued herein as EA Health, ("Parties") in this matter, **IT IS HEREBY ORDERED** that the action, and all causes of action therein, is dismissed *with* prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1).  Further, **IT IS HEREBY ORDERED** that this Court retains jurisdiction to enforce the Parties' settlement agreement.

Dated: August 8, 2012

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　　　United States Magistrate Judge